FILED'08 OCT 07 11:57 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**      Civil Case No. 08-MC-9199-HA

Petitioner,

v.      **ORDER**

**ROGER J. UPDEGRAVE,**

Respondent.

Upon the motion of Petitioner United States, this action is dismissed without prejudice.

DATED: _Oct 7, 2008_

_____
HONORABLE ANCER L. HAGGERTY
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: October 2, 2008

KARIN J. IMMERGUT
United States Attorney
District of Oregon
Oregon State Bar No. 96314

/s/ Ronald K. Silver
RONALD K. SILVER.
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1044
Facsimile: (503) 727-1117
ron.silver@usdoj.gov
    Attorneys for Petitioner

Page 1      Order
                    _United States v. Updegrave_, 08-MC-9199-HA